DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HENINSTON STEVEN FRANCIS,**
Appellant,

v.

**MARY LOUISE RODRIGUEZ,**
Appellee.

No. 4D21-3040

[July 13, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale C. Cohen, Judge; L.T. Case No. FMCE21-004333.

Heninston Steven Francis, Fort Lauderdale, pro se.

No brief filed for appellee.

PER CURIAM.

*Affirmed.*

MAY, CIKLIN and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***